UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 06-334 (PAM/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| Susan R. Theimer, | |
| Defendant. | |

On January 30, 2007, Defendant waived her constitutional right to a jury trial. On February 7, 2007, the Government consented to the waiver.

Federal Rule of Criminal Procedure 23 provides:

If the defendant is entitled to a jury trial, the trial must be by jury unless:

(1) the defendant waives a jury trial in writing;
(2) the government consents; and
(3) the court approves.

Fed. R. Crim. P. 23(a). The Court finds the waiver knowing and voluntary. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's request to waive a jury trial is **GRANTED**.

Dated: February 7, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge