## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case File No.:  06-CR-334 (PAM) |
| Plaintiff, | |
| vs. | **ORDER** |
| Susan Renae Theimer, | |
| Defendant. | |

Based upon all of the files, Defendant's Motion and Affidavit in the above-referenced matter,

IT IS HEREBY ORDERED:

That Exhibit A to Defendant's Memorandum of Law in Support of Motion for Downward Departure may be filed under seal.


DATED:  November 20, 2007         s/ Paul A. Magnuson
                                  Honorable Paul A. Magnuson
                                  Judge of United States District Court