```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF MINNESOTA
                     Criminal No. 06-334 PAM
```

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                    ) | |
|             Plaintiff,    )         | |
|                                    ) | |
|     v.                              ) | |
|                                    ) | |
| SUSAN THEIMER,                      ) | **GARNISHMENT ORDER** |
|                                    ) | |
|             Defendant,    )         | |
|                                    ) | |
|             and            )         | |
|                                    ) | |
| ALLIANCE BANK,                      ) | |
|                                    ) | |
|             Garnishee.    )         | |

This matter comes before the Court on Defendant's objection to the garnishment of defendant's 401(k) account. Defendant Susan Theimer appeared on her own behalf. Mary Trippler, Assistant United States Attorney, appeared on behalf of the United States.

Based upon the memorandum, declaration and arguments of counsel, and upon all the files, records and proceedings herein,

IT IS ORDERED THAT:

1. Defendant's objection to the garnishment is overruled.

2. The garnishee shall pay to the plaintiff, in care of the Clerk of Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota  55415, with checks or money orders made payable to the "U.S. Clerk of Court", all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on March 20, 2008, plus any additional funds deposited from the date of service of the

Writ of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: July 22, 2008

                                        s/Paul A. Magnuson
                                        PAUL A. MAGNUSON
                                        United States Senior Judge